IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ADJURE BAYNARD, | * |
| Petitioner, | * |
| v. | Case No. 7:21-CV-124(HL) |
| | * |
| WARDEN JIMMIE COLSON, | |
| | * |
| Respondent. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated June 13, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of June, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk